UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BETTY BROUSSARD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-836** |
| **HUNTINGTON INGALLS, INC., ET AL** | **SECTION: "S" (5)** |

## ORDER AND REASONS

Before the court is the **Motion to Enforce Stay and Notice of Liquidation and Statutory Stay** (Rec. Doc. 100) filed by Lamorak Insurance Company ("Lamorak"). In view of the fact that a Liquidation Order issued by the Commonwealth Court of Pennsylvania on March 11, 2021 mandates a stay of six months of all matters against Lamorak, Lamorak has moved the court to stay the instant matter. Plaintiff does not oppose a stay as to Lamorak, but opposes a stay as to Lamorak's insureds and all proceedings in this matter.

Having considered the record in this matter, and having weighed the potential hardship and prejudice to the parties as well as the interest of judicial economy, the court finds that a six month stay is appropriate. See Landis v. N. Am. Co., 299 U.S. 248 (1936). Accordingly,

**IT IS HEREBY ORDERED** that this matter is stayed until September 12, 2021.

New Orleans, Louisiana, this  25th  day of May, 2021.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE